UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:09-mj-1255

VICTOR CEDENO

## NOTICE OF APPEARANCE

The United States of America, by A. Brian Albritton, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:  *s/ Daniel C. Irick*
Daniel C. Irick
Assistant United States Attorney
Fla. Bar No. 0802301
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:        daniel.irick@usdoj.gov