UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No. 6:09-mj-1255

VICTOR CEDENO

**<u>NOTICE OF POSSIBLE CONFLICT OF INTEREST</u>**

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals:

None.

Dated: August 25, 2009

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:   *s/ Daniel C. Irick*
Daniel C. Irick
Assistant United States Attorney
Fla. Bar No. 0802301
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: daniel.irick@usdoj.gov